Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.: 19−32618−ABA
                                      Chapter:  13
                                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael J. DiNapoli III
   807 Willow Way
   Somerdale, NJ 08083

Social Security No.:
   xxx−xx−8523

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/28/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 28, 2020
JAN: bc

                                                          Jeanne Naughton
                                                          Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-32618-ABA
Michael J. DiNapoli, III                                        Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: May 28, 2020
                              Form ID: 148             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db             +Michael J. DiNapoli, III,    807 Willow Way,     Somerdale, NJ 08083-1930
aty            +KML Law Group PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
lm             +Midland Mortgage Company,    POB 26648,    Oklahoma City, OK 73126-0648
518662200      +Denise Carlon Esquire,    KML Law Group, P.C.,     216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518708682      +MidFirst Bank,   c/o Midland Mortgage,    999 Northwest Grand Boulevard,
                 Oklahoma City, OK 73118-6051
518601192      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,     Po Box 26648,
                 Oklahoma City OK 73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 29 2020 01:30:32     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2020 01:30:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518601187      +EDI: CAPITALONE.COM May 29 2020 04:53:00     Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City UT 84130-0285
518622109      +EDI: AIS.COM May 29 2020 04:53:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518601189      +E-mail/PDF: creditonebknotifications@resurgent.com May 29 2020 01:32:23     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas NV 89193-8873
518601188       EDI: JPMORGANCHASE May 29 2020 04:53:00     Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,   Wilmington DE 19850
518601191      +EDI: MID8.COM May 29 2020 04:53:00     Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego CA 92108-2709
518695484      +EDI: MID8.COM May 29 2020 04:53:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518601190       MidFirst Bank
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Michael J. DiNapoli, III k_wilsonlaw@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```